UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY BRIAN MALLGREN,

Plaintiff,

-against-

UNITED STATES et al,

Defendants.

26-CV-6332 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On May 4, 2016, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Mallgren v. United States of America*, No. 14-CV-1420 (LAP), ECF 6 (S.D.N.Y. May 4, 2016). Plaintiff files this new *pro se* case and has not sought leave from the Court. Plaintiff did not include an application to proceed IFP; for the purpose of this order, however, the Court construes from his submission that Plaintiff seeks to proceed IFP. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the May 4, 2016 order.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: July 31, 2026
New York, New York

/s/Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge